UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
v.                                :
                                  :   24 CR 278 (VB)
Vincent Cannady,                  :
                    Defendant.    :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/24

It is hereby ORDERED that Jennifer L. Brown and Jane V. White, Esqs., are relieved as attorneys of record and Ezra Spilke, Esq., is appointed as attorney for defendant Cannady pursuant to the Criminal Justice Act.

Dated: August 28, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge