```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :     ORDER
   v.                                 :
                                      :     24 CR 278 (VB)
VINCENT CANNADY,                      :
                        Defendant.    :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2022

Copies Mailed/Faxed   SM
Chambers of Vincent L. Briccetti

For the reasons stated on the record at a pretrial conference held on September 12, 2024, it is hereby ORDERED:

1. After conducting a hearing pursuant to Faretta v. California, 422 U.S. 806 (1975), defendant's application to waive his right to counsel and proceed pro se is GRANTED. The Clerk is instructed to update defendant's address on the docket as follows:

Vincent Cannady
USMS #22313-045
Hudson County Jail
30-35 Hackensack Ave.
Kearny, New Jersey 07032

2. Ezra Spilke, Esq., is appointed as standby counsel for defendant.

3. By September 26, 2024, the government shall file a response to defendant's pending motions. (Docs. ##26, 37, 39, 40, 44). The response to all five motions shall be contained in a single document. The government is directed to serve the defendant via mail at the above address and by email at: vnc@rocketmail.com. By October 10, 2024, defendant shall submit a reply (if any) to the government's response.

4. The next conference is scheduled for October 16, 2024, at 10:30 a.m.

5. Expert discovery pursuant to Rule 16(a)(1)(G) and (b)(1)(C), as well as Rule 404(b) evidence, shall be disclosed by no later than November 1, 2024.

6. Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by November 1, 2024. Opposition to any motions in limine shall be filed by November 15, 2024. No replies will be permitted absent prior permission from the Court.

7. Proposed voir dire and requests to charge shall be filed by November 15, 2024. The parties are encouraged, to the extent possible, to agree on the requests to charge.

1

8. On the consent of the government, 3500 material and <u>Giglio</u> material shall be produced by November 1, 2024.

9. Marked government case-in-chief exhibits shall be produced by November 15, 2024.

10. The final pre-trial conference is scheduled for November 21, 2024, at 10:30 a.m.

11. Jury selection and trial is scheduled for December 2, 2024, at 9:30 a.m.

12. Time is excluded under the Speedy Trial Act in the interest of justice through October 16, 2024.

Dated: September 13, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2