Mr. Vincent N. Cannady

17472, S. 2950 Road,

El Dorado Springs

Missouri 64744

20th September 20, 2024

Re: Withdraw Motions – mediation or Diversion.

Hello Mr. Reyan Watson,

The Judge has granted me Pro Se status and a speedy trial. I am withdrawing those motions as Moot.

I am also withdrawing the Motion to Quash as Moot.

I would like to request that we try to mediate what could be a very expensive trial for the government. The reason why I say very expensive is because I am not from New York and all of my witnesses are from elsewhere, including my subject matter expert witnesses.

The United States government has spent more than two hundred thousand dollars plus for my education.

Furthermore, just nine days before Kyndryl filed a lawsuit against me, CISA (Cyber Infrastructure Security Agency) a division of DHS (Department of Homeland Security) offered me employment. There is no way that I would have done anything that constitutes a crime while going through a Department of Homeland Security Background investigation.

Unfortunately, due to my agoraphobia and the position requirements of flying around America (I also have aerophobia) I had to turn down the job after my ADA accommodations could not be met.

Therefore, I would request mediation or diversion (I would not be admitting guilt) to allow me to work for CISA as part of any ending of this case through mediation. As a worker for DHS, the government would be assured that any actions I perform on the internet would be trackable as a DHS worker. I have never been a criminal and I would like to continue my service to this nation as a Cyber Defense Warrior.

Yours Truthfully

Mr. Vincent N. Cannady