UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                                          :    **ORDER**
v.                                                                            :
                                                                          :    24 CR 278 (VB)
VINCENT CANNADY,                                 :
                                    Defendant.  :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/24

      For the reasons stated on the record at a pretrial conference held on October 16, 2024, it is hereby ORDERED:

All of the pending motions and objections were resolved.

The Clerk is instructed to terminate the motions. (Docs. ##17, 23, 26, 29, 40, 44).

Dated: October 16, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1