The Law Office of Yusuf El Ashmawy<br>
305 Broadway, 7th Floor<br>
New York, New York 10007

October 22, 2024

**By ECF**
The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

Re:   *United States v. Vincent Cannady*, No. 24 Cr. 278 (S.D.N.Y.)
       Access to Discovery and Trial Preparation

Dear Judge Briccetti:

    I and Ezra Spilke are assigned as CJA standby counsel for Vincent Cannady, *Pro Se*. I write to respectfully request an order (1) granting Mr. Cannady access to a modified laptop computer for the purpose of reviewing Rule 16 discovery; (2) permitting me to purchase a reasonably priced laptop for that purpose with CJA funds; (3) authorizing Mr. Cannady to utilize this laptop for at least eight hours per day; (4) authorizing Mr. Cannady to utilize this laptop to review discovery in his room as well as any other authorized area within the facility, and at times and a schedule arranged between Mr. Cannady and staff at the Hudson County Correctional Facility; (5) authorizing Mr. Cannady to possess and utilize the following items to prepare for trial: five (5) Sharpie markers, five (5) Pens, five (5) legal pads, and five (5) poster-size boards to prepare trial exhibits and assist him in making trial outlines. These items would be stored at the facility, pursuant to their institutional protocols, with access provided pursuant to Your Honor's endorsement of this letter and the accompanying proposed order.

    Mr. Cannady suffers from a host of disabilities, including visual impairment, that requires flexibility for the use of aids such as markers, low-light, and poster boards to write on.

    Mr. Cannady further requests that the Court set a schedule for Mr. Cannady to be produced to the offices of the United States Attorney to review discovery in their possession. Mr. Cannady is specifically requesting at least ten such visits between now and the commencement of trial.

    A proposed order is attached as an exhibit with respect to the computer, should the Court grant Mr. Cannady's application/s.

                             Respectfully submitted,

                               /s/ Yusuf El Ashmawy

cc:   All counsel of record, by ECF
       Vincent Cannady, by U.S.P.S.