Copies Mailed/Faxed 10/22/24
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                                         :   **ORDER**
v.                                                        :
                                                                         :   24 CR 278 (VB)
VINCENT CANNADY,                       :
                                   Defendant.   :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/24

On October 18, 2024, defendant filed an unsigned notice of appeal and numerous documents attached thereto (Docs. ## 63–75). It is hereby ORDERED:

1. By **October 24, 2024**, the government shall submit a letter to the Court addressing the impact of the filing of the purported notice of appeal on these proceedings.

2. By **October 31, 2024**, defendant shall file a written response, if any, to the government's letter.

Chambers will mail a copy of this Order to defendant at the address on the docket. In addition, standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: October 22, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge