USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-1-2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                                                              :   **ORDER**
v.                                  :
                                                                              :   24 CR 278 (VB)
VINCENT CANNADY,                    :
                        Defendant.    :
-----------------------------------------------------------x

       On October 31, 2024, defendant filed a letter requesting: (i) an extension of time to file an answer to the government's letter addressing defendant's purported notice of appeal, and (ii) an extension of time to make Rule 16 disclosures. (Doc. #87). Defendant asks that both deadlines be extended to November 5, 2024. Defendant also writes that standby counsel has not provided defendant with all non-APO discovery materials.

       The government does not oppose defendant's requests for extension, and requests that the deadline to file motions in limine also be extended to November 5, 2024. (Doc. #88). It is hereby ORDERED:

       1.     By **November 5, 2024**, defendant shall file an answer, if any, to the government's letter addressing defendant's purported notice of appeal.

       2.     By **November 5, 2024**, defendant shall make all Rule 16 disclosures.

       3.     By **November 5, 2024**, the parties shall file motions in limine (including any government motion to admit Rule 404(b) evidence).

       4.     All other Court dates and deadlines remain unchanged.

       5.     In addition, standby counsel shall provide defendant with all non-APO discovery materials, consistent with this Court's prior order. (Doc. # 83).

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: November 1, 2024
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge