UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :   **ORDER**
v.                               :
                                 :   24 CR 278  (VB)
VINCENT CANNADY,                 :
            Defendant.           :
--------------------------------------------------------x

For the reasons discussed on the record on November 21, 2024, Ezra Spilke, Esq., is relieved as defendant's standby counsel.  Yusuf A. El Ashmawy, Esq., shall remain as defendant's standby counsel.

Dated: November 22, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge