Mr. Vincent N. Cannady

17472 S.2950 Road

El Dorado Springs

Missouri 64744

10th December, 2024.

Hello Judge Briccetti,

   This letter Motion is to update you on several issues and to request an Order. The first issue I must inform you of is that on December 6th, 2024, I was finally taken to an optometrist for an eye exam. The exam confirmed what I already knew and have pled on previous motions. I am legally blind, to be more specific my left eye is totally blind, but sight can be restored with surgery. My right eye is legally blind, and sight can be restored with surgery as well.

  I must bring up the conditions of the facility Hudson County chose for my eye exam. No one would tell me the name of the optometrist facility. No one told me the date of my eye examination which I can understand, but not telling me the facilities name or surgeon's name, I cannot abide by.

  Would anyone at the court have someone operate on their eyes without looking at the reviews, previous malpractice suit, or possible malpractice of the surgeon, etc. I have the right to know that information taken from me would not be used improperly. The facility had rank décor and lacked medical sterility. The facility only caters to low income and poverty-stricken individuals, and even they were questioning the level of care received at the facility. The receptionist demanded that I sign a consent for treatment form without giving me a copy of the consent form. The receptionist refused to give me the name of the facility.

  The patients were all Medicaid or Medicare recipients. I would not take my dog to get eye examinations there, much less a human being.

My human rights were violated as the Officers transporting me almost got me killed by parking three feet from the major road when they parked on the sidewalk.

  Furthermore, they directed me to get out on the traffic side, but I refused as any sane person and legally blind person would have. Then the officers let me walk around with my buttocks showing to everyone despite my desperate pleas for some dignity.

  I will be forced to file Civil Litigation at the humiliation of being shackled and handcuffed, unable to pull my pants up in front of thirty people with some laughing and making jokes.

To conclude this issue, I object to this optometry facility, and anyone associated with it performing any operations on my eyes.

The next issue is the laptop provided to me at the Hudson facility. The government disabled the USB ports. I cannot look at my own discovery on the laptop. The government disabled all office applications including word. This means I cannot write or take any notes that I can read. I cannot use the laptop to write my own motions. The laptop is nothing more than a flash drive.

I object to the disabled state of the laptop. I would request that the Hudson facility be given permission to give me one of their laptops to use as you ordered.

The third subject is the bond. There are several issues with the bond. I will detail point by point.

1. I gave Jennifer L. Brown my passport via FedEx in June 2024. She has not informed the court.
2. I have not had the intake interview for the VA PTSD nor domiciliary program. I have sent several emails, filed numerous VA Hotline complaints and filed a congressional inquiry into the matter. It seems that the VA has its own financial reasons to keep me incarcerated. I have several claims for disability compensation that I have been waiting to get approved for fifteen years. Due to my agoraphobia, I have been unable to get physical exams for these claims. The disability benefits back pay would total hundreds of thousands. Several appeal claims are at the Board of Veterans Appeals. This benefits back pay claim is also hundred thousand plus.

Therefore, the VA is suddenly now processing disability benefits back pay claims that are over fifteen years old because they know I am incarcerated, they are using this case as a pretext, leading me to claim collusion with the government.

As the government states in it's charge request that it had information from my VA records, that only could be given if I signed the forms Ms. Henry recently gave my standby attorney. I have filed a privacy violation with the VA, as my records are sealed.

I have been working with the facility trying to get a re-entry program in the state or NJ.

The VA have refused to give me an intake interview for a program, unless I sign a blanket Release of Health Information. I have been forced to find a stable address where I can get outpatient mental health, physical health and optometry at the VA.

Due to the fact we cannot find our property deed I propose wearing an ankle bracelet with gps monitor instead of our home as a security. The court would know where I was twenty-four hours a day, seven days a week leaving no risk of flight. In June of 2024, Jennifer L. Brown received my passport via Fed Ex.

Respectfully submitted,

*[signature: Vincent N. Cannady]*

Mr. Vincent Cannady

17472, S. 2950 Road

El Dorado Springs

Missouri 64744