UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                     :    **ORDER**
v.                                   :
                                     :    24 CR 278 (VB)
VINCENT CANNADY,                     :
                              Defendant.    :
--------------------------------------------------------------x

       As discussed at a conference held today, at which the government, the defendant, and standby counsel appeared, it is HEREBY ORDERED:

1. For the reasons stated on the record, defendant's motion for "prosecutorial misconduct" (Doc. #110) is DENIED. The Clerk of the Court is instructed to terminate the motion from the docket.

2. For the reasons stated on the record, the Court declines to modify the conditions of release tentatively approved by the Court on November 21, 2024.

3. By **December 23, 2025**, the government shall file a letter updating the Court regarding the details of defendant's planned surgery. That letter shall include, if available, the date of the surgery, the name and location of the facility where the surgery will occur, and any other relevant information.

4. By **January 6, 2025**, defendant shall file a letter informing the Court whether he consents to receive the planned surgery.

5. The next conference is scheduled for **January 29, 2025, at 2:30 p.m.**

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: December 12, 2024
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge