```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :    **ORDER**
v.                                          :
                                            :    24 CR 278 (VB)
VINCENT CANNADY,                            :
                            Defendant.      :
----------------------------------------------------x

In a letter addressed to government counsel and filed on January 8, 2025 (Doc. #142), defendant Cannady, who is proceeding pro se, asserts he "cannot and will not" consent to the surgery scheduled to correct his vision impairment. This surgery was arranged by the U.S. Marshals Service and the government in response to defendant's insistence, in his letter of November 5, 2024, that he "need[s] an operation to keep [him] from going completely blind." (Doc. #96).

By January 15, 2025, the government shall file a letter regarding how best to proceed in this matter. To be clear, the case will proceed despite defendant's repeated frivolous efforts to derail it. In its letter, the government should consider defendant's assertion that he cannot prepare for trial because he "need[s] an operation" to correct his vision impairment, as well as defendant's refusal to undergo the scheduled surgery. (Doc. #96).

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: January 8, 2025
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge