USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                       :   **ORDER**
v.                                                   :
                                                       :   24 CR 278 (VB)
VINCENT CANNADY,                   :
                         Defendant.      :
--------------------------------------------------------------x

In a letter filed on January 15, 2025, the government urges the Court to "revoke Cannady's pro se status and schedule a trial date." (Doc. #146).

Accordingly, by **January 22, 2025**, Cannady shall file a written response to the government's letter. Also by **January 22, 2025**, standby counsel may, if he wishes to do so, file a written response to the government's letter.

In addition, the Court reserves decision on standby counsel's letter motion to be relieved. (Doc. #139).

Cannady, the government, and standby counsel shall be prepared to discuss the above matters at the status conference scheduled for January 29, 2025, at 2:30 p.m.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: January 15, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge