USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-24-25_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA      :

       :     **ORDER**

v.          :

       :     24 CR 278 (VB)

VINCENT CANNADY,      :

          Defendant.   :
-------------------------------------------------------x

By motion dated January 23, 2025, defendant again seeks the Court's recusal in this case (hereinafter the "second motion to recuse"). (Doc. #158). By order dated January 6, 2025, the Court denied defendant's previous motion to recuse (hereinafter the "first motion to recuse"). (Doc. #140).

Defendant argues that the second motion to recuse should be granted because of the Court's supposed "financial conflict of interest, ongoing harassment, and systemic discrimination." (Doc. #158). All of these assertions were made in the first motion to recuse, and the Court rejected all of them as meritless.

The Court again rejects all of defendant's assertions, for the same reasons set forth in the January 6 order. There is nothing in the second motion to recuse that has not already been addressed in the January 6 order.

Accordingly, the second motion to recuse is DENIED.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: January 24, 2025
     White Plains, NY

               SO ORDERED:

               Vincent L. Briccetti
               United States District Judge