UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

VINCENT CANNADY,
                          Defendant.
--------------------------------------------------------------x

**ORDER**

24 CR 278 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-25

      This Order addresses two motions filed by defendant on January 27, 2025: (i) a third "motion for recusal" (Doc. #165), and (ii) a "motion for continuance" of the status conference in this matter scheduled for January 29, 2025 (Doc. #164).

      By orders dated January 6 and January 24, 2025, the Court denied defendant's previous motions for recusal. (Docs. ##140, 159). In the third motion for recusal, defendant raises only arguments that the Court has already addressed and rejected in its orders denying the first two motions. Those arguments are again entirely without merit. Accordingly, the third motion for recusal is DENIED.

      Regarding the motion for continuance, defendant argues the conference should not proceed until all of the following matters and proceedings are resolved: the third motion for recusal; a lawsuit defendant has apparently filed against the undersigned and Reyhan Watson, the Assistant United States Attorney prosecuting this case; and a petition for a writ of mandamus defendant has purportedly filed with the Court of Appeals. As noted above, the motion for recusal has been denied as without merit. As to the lawsuit and mandamus petition, the Court will not allow these filings, which re-state the meritless arguments contained in the recusal motions, to delay the due administration of justice in this case. Moreover, defendant will not be prejudiced by the conference proceeding as scheduled. Accordingly, the motion for continuance is DENIED.

      The Clerk is instructed to terminate the motions. (Docs. ##164, 165).

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: January 27, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge