```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :    **ORDER**
v.                                    :
                                      :    24 CR 278 (VB)
VINCENT CANNADY,                      :
                     Defendant.       :
--------------------------------------------------------------x

      By letter dated February 3, 2025, defendant seeks a "compassionate release" based on what he says are "multiple medical emergencies relating to [his] life-threatening heart conditions." That application is DENIED because only a defendant who has been convicted and sentenced is eligible for compassionate release.

      On February 4, 2025, the Court also received defendant's "motion for ADA accom[m]odation for a video hearing." That application is DENIED because, notwithstanding defendant's medical conditions as described, it will not be unsafe for defendant to appear in person at the conference scheduled in this case on February 5, 2025.

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: February 4, 2025
       White Plains, NY

                          SO ORDERED:

                          */s/ Vincent L. Briccetti*
                          Vincent L. Briccetti
                          United States District Judge