UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                         :    **ORDER**
v.                                                       :
                                                         :    24 CR 278 (VB)
VINCENT CANNADY,                           :
                                Defendant.   :
----------------------------------------------------------x

    As discussed at a conference held today, at which the government, the defendant, and standby counsel appeared, it is HEREBY ORDERED:

1. For the reasons stated on the record, standby counsel's motion to be relieved (Doc. #139) is DENIED.

2. By **February 19, 2025**, defendant shall file a letter informing the Court whether he consents to receive the planned surgery.

3. The next conference is scheduled for **February 27, 2025, at 12:00 p.m.**

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: February 5, 2025
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge