UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA

v.

VINCENT CANNADY,
                          Defendant.
--------------------------------------------------------x

**ORDER**

24 CR 278 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/25

      As discussed at a conference held today, at which the government, the defendant, and standby counsel appeared, it is HEREBY ORDERED:

1. For the reasons stated on the record, standby counsel's second motion to be relieved (Doc. #184) is GRANTED. The Clerk is instructed to terminate Mr. El Ashmawy's appearance.

2. The Court appoints Daniel A. Hochheiser, Esq., as standby counsel, pursuant to the Criminal Justice Act.

3. The next conference is scheduled for **April 15, 2025, at 10:00 a.m.**

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: February 27, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge