```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                   :
                                           :          ORDER
v.                                         :
                                           :          24 CR 278 (VB)
VINCENT CANNADY,                           :
                           Defendant.      :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/25

On March 17, 2025, defendant Cannady filed a request for "CJA Authorization for Staff." (Doc. #191). Defendant states that he "moves at the request of Stand By Attorney Daniel A. Hochheiser to verify" that the Court's previous authorization for support staff under the CJA still "exists." According to defendant, Mr. Hochheiser seeks "clarification that he could begin the process of finding staff that I would approve of in the eVoucher system or add staff to the CJA system that the Defendant found that were not already on the eVoucher system." Specifically, "defendant seeks a response from the Court that CJA Staff previously authorized for a different Stand By Attorney are still authorized for the new Stand By Attorney."

The Court provides the following guidance to Cannady and Mr. Hochheiser:

At the request of prior standby counsel, the Court authorized the expenditure of CJA funds for an investigator and for paralegal services, pursuant to Article X of the SDNY's CJA Plan, which permits expenditures for investigative, expert, or other services "necessary for an adequate defense." Those authorizations remain in effect. Of the $4,400 authorized for an investigator, $1,617 remains available. Of the $5,625 authorized for paralegal services, $5,122.50 remains available.

The Court notes that those CJA funds were authorized for a particular investigator and a particular provider of paralegal services. Therefore, if defendant wishes to utilize the same investigator and paralegal, he may do so. In that case, defendant and Mr. Hochheiser are authorized to utilize those service providers pursuant to the previous authorization. If defendant seeks additional CJA funds for those same service providers, Mr. Hochheiser, after consulting with defendant, is directed to make an appropriate application in the CJA eVoucher system.

Moreover, if defendant wishes to use a different investigator or paralegal, or seeks authorization to obtain additional or different investigative, expert, or other services, Mr. Hochheiser, after consulting with defendant, is directed to make an appropriate application in the CJA eVoucher system for such services. Pursuant to the CJA Plan, the Court will approve such applications to the extent they are "necessary for an adequate defense."

The Court expects defendant to work closely with Mr. Hochheiser to determine what services other than counsel defendant requires and if additional amounts should be authorized. Also, after consulting with defendant, Mr. Hochheiser is directed to supervise the persons providing such services.

1

Mr. Hochheiser is directed to provide a copy of this Order to defendant by email.

Dated: March 19, 2025
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge