UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :     **ORDER**
v.                               :
                                 :     24 CR 278 (VB)
VINCENT CANNADY,                 :
                  Defendant.     :
--------------------------------------------------------x

      On March 24, 2025, defendant filed a motion to amend the conditions of his bond. (Doc. #193).

      By March 31, 2025, the government shall file a response. By April 7, 2025, defendant may file a reply to the government's response.

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: March 24, 2025
       White Plains, NY

                                   SO ORDERED:

                                   _____
                                   Vincent L. Briccetti
                                   United States District Judge