UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                                      :   **ORDER**

v.                                :
                                                      :   24 CR 278 (VB)

VINCENT CANNADY,                  :
                    Defendant.   :
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-25

       As discussed at a conference held today, at which the government, the defendant, and standby counsel appeared, it is HEREBY ORDERED:

1. By **April 29, 2025**, the government shall file a response to defendant's motion to dismiss the indictment against him (Doc. #202).

2. By **May 13, 2025**, defendant shall file a reply, if any.

3. The next conference is scheduled for **June 25, 2025, at 10:00 a.m.**

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: April 15, 2025
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge