USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
v.                                :
                                  :   24 CR 278 (VB)
VINCENT CANNADY,                  :
                    Defendant.    :
--------------------------------------------------------------x

    On April 17, 2025, defendant Cannady attempted to file the attached documents, which are related to his pending appeals before the Second Circuit, Nos. 24-3005, 25-96.

    This Court will not accept for filing documents that are related only to Mr. Cannady's appeals. Therefore, it is hereby ORDERED that Mr. Cannady shall not attempt to file in this Court any documents that are related only to his appeals in the Second Circuit. Any future attempt to file in this Court documents that are related only to his appeals shall be disregarded.

    Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: April 18, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

**Donna Hilbert**

| | |
|---|---|
| From: | ruthcannady@yahoo.com |
| Sent: | Thursday, April 17, 2025 10:23 PM |
| To: | CA02db ProSeCases; Donna Hilbert; reyhan.watson@usdoj.gov; SwainNYSDCorresp@nysd.uscourts; SwainDPRCorresp NYSD |
| Cc: | mdwilliams@kcstar.com; mark.berman@washingtonpost.com |
| Subject: | Re: Form B Requests for Transcripts Case Number 24-3005, 25-96. |
| Attachments: | Form B for the Court of Appeals Feb 24 2025.pdf; Court of Appeals Cert of Service Form B April 17 20025.pdf |

**CAUTION - EXTERNAL:**

Hello Clerk of Court,

    Please file the attached Form B and Certificate of Service. I have included Judge Vincent L. Briccetti's clerk and one of the opposing counsel, Reyhan Watson. Thank you.

    Respectfully
    Mr. Cannady

Virus-free.www.avg.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: United States of America v. Vincent N. Cannady

DOCKET NUMBER: 25-0096

COUNSEL'S NAME: Vincent N. Cannady (Pro Se)

COUNSEL'S ADDRESS: 17472 S.2950 Road
El Dorado Springs Missouri 64744

COUNSEL'S PHONE: 202-253-2300

## QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: 7/9/24 pretrial conference, 7/18/24 pretrial conference, 8/28/24 pretrial conference, 9/12/24 hearing re Pro Se Faretta Status, 11/21/24 pretrial conference, 12/12/24 pretrial conference.
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[ ] Sentencing: _____
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Vincent N. Cannady (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

Counsel's Signature: Vincent N. Cannady

Date: 02/24/2024

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____            Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature _____    Date _____

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States of America

CERTIFICATE OF SERVICE*

Docket Number: 24-3003, 25-96

v.

Vincent N. Cannady

I, Vincent N. Cannady (print name), hereby certify under penalty of perjury that on 04/17/ (date), I served a copy of Form B

(list all documents)

by (select all applicable)**

___ Personal Delivery    ___ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Reyhan Watson | 50 Main Street Suite 1100 | White Plains | NY | 10606 |
| Judge Vincent L Briccetti | 300 Quarropas Street | White Plains | NY | 10605 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 17th 2025
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)