## Law Offices of
## Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/25

April 22, 2025

Via Email and ECF
Hon. Vincent L. Briccetti
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 4/22/25
White Plains, NY

Re:   *USA v. Vincent Cannady* 24 CR 278 (VB)
      <u>REQUEST FOR PERMISSION TO FILE INTERIM VOUCHERS</u>

Your Honor:

     Pursuant to the Criminal Justice Act, I was appointed as stand-by counsel to assist *Pro Se* Defendant Vincent Cannady on February 27, 2025. Cannady's case is next scheduled to appear on the court's calendar on June 25, 2025. Because I have and expect to continue to spend significant time on this matter, I request that the Court grant this application to permit me as appointed, stand-by counsel to file interim vouchers on the eVoucher system.

Respectfully submitted,

*Daniel Hochheiser*

Daniel A. Hochheiser