USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-25

# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

June 5, 2025

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 6/6/2025
White Plains, NY

**Via ECF and Email**
Hon. Vincent L. Briccetti
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *USA v. Vincent Cannady* 24 CR 278 VB

Your Honor:

    I write as Stand-By Counsel to Vincent Cannady. Mr. Cannady has instructed me to have all the documents filed on the docket loaded onto a flashdrive for his use at the Hudson Jail. There are currently 225 publicly filed documents on the ECF PACER system for this case. Downloading these 225 documents from ECF PACER to a flash drive is a time-consuming task which could be completed most efficiently and cost-effectively by CJA-appointed, Paralegal, Marva M. Dudley.

    Accordingly, I request that the Court endorse this letter-motion and instruct the Clerk of the Court to *exempt* Marva M. Dudley from PACER fees concerning the instant case docket (24 CR 278 VB) so Ms. Dudley can perform this task free of charge pursuant to the Criminal Justice Act.

                                      Respectfully submitted,

                                      Daniel A. Hochheiser

Cc:
All counsel via ECF
*Pro Se* Defendant by email
Marva M. Dudley by email