UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :       **ORDER**
v.                                      :
                                        :       24 CR 278 (VB)
VINCENT CANNADY,                        :
                    Defendant.          :
-----------------------------------------------------------x

      On June 6, 2025, defendant Cannady filed a document entitled "Objection to the Cardiologist Not Examining Vincent N. Cannady." (Doc. #228). In that objection, Cannady asserts that a cardiologist cleared him to undergo cataract surgery without "examining him or ordering a Holter Monitor or Sonogram"—which Cannady apparently believes are necessary medical procedures. (Id.). Similarly, on June 10, 2025, Cannady filed a nearly identical objection, entitled "Objection to the Cardiologist Diagnosis Without Holter Monitor." (Doc. #230). In it, he repeats his assertions about the medical procedures that he believes were wrongfully denied by the cardiologist who examined him. (Doc. #230).

      On June 9, 2025, Cannady filed another objection, entitled "Objection to the Government Altering the Files in Discovery." (Doc. #239). In that objection, Cannady claims the government has "alter[ed] the 816 files that were downloaded in 2023 as work product" and "changed all of the file names rendering the files useless as part of discovery." (Id.).

      It is HEREBY ORDERED that the government shall respond to Cannady's filings by June 18, 2025. Specifically, the government shall (i) respond to Cannady's assertions regarding his appointment with the cardiologist, (ii) provide an update on the status of Cannady's medical examinations, and (iii) respond to Cannady's assertions regarding the files provided to him as discovery materials.

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: June 11, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge