UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
v.                                  :
                                    :   24 CR 278 (VB)
VINCENT CANNADY,                    :
                    Defendant.      :
--------------------------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 6/25/25*

   As discussed at a conference held today, at which the government, the defendant, and standby counsel appeared, it is HEREBY ORDERED:

   1. By **July 9, 2025**, defendant shall file his response to the government's motion in limine, as well as file any motions in limine of his own.

   2. Also by **July 9, 2025**, the government shall file any additional motions in limine.

   3. By **July 23, 2025**, defendant shall file his proposed voir dire and requests to charge, if any, as well as his response to any additional motions in limine filed by the government.

   4. Also by **July 23, 2025**, the government shall produce any additional 18 U.S.C. § 3500 material, any additional Giglio material, and any additional expert discovery.

   5. The next conference is scheduled for **July 31, 2025, at 10:00 a.m.**

   6. By **August 1, 2025**, the government shall provide the defendant with all marked government case-in-chief exhibits, to the extent it has not already done so.

   7. The final pre-trial conference is scheduled for **September 5, 2025, at 10:00 a.m.**

   8. Trial is scheduled to begin on **September 8, 2025, at 9:30 a.m.**

   Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: June 25, 2025
       White Plains, NY

SO ORDERED:

*/s/ Vincent L. Briccetti*
_____
Vincent L. Briccetti
United States District Judge