UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                     :   **ORDER**
v.                                   :
                                     :   24 CR 278 (VB)
VINCENT CANNADY,                     :
                    Defendant.       :
--------------------------------------------------------------x

      By motion submitted on July 3, 2025, defendant Cannady seeks an extension of time to respond to the government's motion in limine and to submit his own motions in limine. None of the reasons Cannady provided in his motion or attached affidavit[1] justifies his request—notwithstanding his pro se status and the fact that he has been in custody during the pendency of this case, he has had no difficulty filing dozens of motions and objections in this Court and in the Second Circuit over the last several months. Moreover, Cannady has been in possession of the government's motion in limine since November 5, 2024, more than eight months ago. However, in consideration of Cannady's pro se status, the Court extends to **July 18, 2025**, the deadline for Cannady to (i) submit his response to the government's motion in limine, and (ii) submit his own motions in limine, if any. The government's response to Cannady's motions in limine shall be filed by **July 25, 2025**. No further extensions will be granted.

      To the extent possible, the Court intends to resolve the pending motions in limine at the scheduled July 31, 2025, status conference.

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: July 7, 2025
       White Plains, NY

SO ORDERED:

*Vincent Briccetti* (signature)

Vincent L. Briccetti
United States District Judge

---

[1] The motion and affidavit were emailed to the Court but have not yet been entered on the docket.