USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :        **ORDER**
v.                                :
                                  :        24 CR 278 (VB)
VINCENT CANNADY,                  :
                  Defendant.      :
----------------------------------------------------------x

      On July 14, 2025, defendant Cannady filed a document entitled "Objection to Concealing the Case from Publicly Accessing Databases." (Doc. #257). He asserts that the docket in this matter has been "removed from publicly accessible legal databases" and "rendered publicly inaccessible except through PACER.gov." (Id. at 1–2). Cannady therefore requests the Court (i) "[d]irect the Clerk of Court and related agencies to restore public metadata and case information for Case No. 7:24-cr-00278 to publicly accessible databases including but not limited to Justia, Westlaw, and Lexis Nexis"; and (ii) "[i]ssue an order clarifying that no part of the docket has been sealed in a manner contrary to Mr. Cannady's constitutional rights." (Id. at 3).

      For the following reasons, the request is DENIED.

      First, the Court has never ordered that the docket in this case or any entries thereof be rendered publicly inaccessible except through PACER. The docket entries in this case are publicly accessible, and no part of the docket has been sealed in a manner contrary to Mr. Cannady's constitutional rights.

      Second, the Court has no authority over any private companies or databases, including Justia, Westlaw, and LexisNexis. As such, it cannot order such entities to alter their content or offerings.

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: July 14, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge