# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400



**APPLICATION GRANTED**
In view of the impending trial date of 9/8/2025 and defendant Vincent Cannady's pro se status, the Hudson County Jail is directed to permit Mr. Cannady to have five hours per day of Law Library time, six days per week. In the event it is not possible to permit this amount of Law Library time, the Jail is strongly encouraged to provide as much Law Library time as possible, consistent with institutional procedures.
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.  7/18/2025

July 18, 2025

**By ECF and Email**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *USA v. Vincent Cannady* 24 CR 278 VB

**Request for extended hours of law library time
for pro se defendant at Hudson Jail for trial preparation**

Your Honor:

    I write as Standy-By Counsel to *pro se* defendant Vincent Cannady (Hudson Jail inmate #372209). Cannady requests that the Court direct, instruct and/or recommend that the Hudson Jail permit Cannady five hours per day of Law Library time six days per week. The reason for this request is that Cannady is preparing for his trial scheduled to commence on September 8, 2025 which is only 52 days from today.

Respectfully submitted,

Daniel A. Hochheiser

Cc: All counsel by ECF and pro se defendant by email

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-2025
```

1