```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                                              :   **ORDER**

v.                                          :
                                                              :   24 CR 278 (VB)

VINCENT CANNADY,                            :
                           Defendant.   :
--------------------------------------------------------------x

       On July 24, 2025, defendant Cannady moved for an extension of time to submit his request to charge. (Doc. #267). The request is GRANTED. Cannady shall submit his request to charge by **July 25, 2025**. Additionally, the Court will extend the deadline for Cannady to file his proposed voir dire to **July 25, 2025**.

       Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: July 24, 2025
       White Plains, NY

                                               SO ORDERED:

                                               _____
                                               Vincent L. Briccetti
                                               United States District Judge