```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                  :
                                          :   ORDER
v.                                        :
                                          :   24 CR 278 (VB)
VINCENT CANNADY,                          :
                         Defendant.       :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/25

On July 24, 2025, defendant Cannady filed two separate motions. First, Cannady requests the Court order that he be provided with two pairs of glasses: (i) a pair of "photo sensitive glasses that can turn dark in sunlight[]" and (ii) a pair of bifocals. (Doc. #268).

Second, he requests that the Court hold an evidentiary hearing on Cannady's allegations that the government has tampered with discovery materials. (Doc. #269). Specifically, Cannady claims that a subject matter expert has determined "several 'chunks' of files" are missing from Attorney's Possession Only ("APO") materials provided to standby counsel. (Id. at 1). Cannady also asserts he has not been provided with the increased law library access ordered by the Court on July 18, 2025. (Doc. #262).

It is HEREBY ORDERED that the government shall file a response to Cannady's motions by **July 31, 2025**. In its response, the government shall address: (i) Cannady's allegations regarding APO discovery materials, (ii) Cannady's claim that he has been denied law library access, (iii) an update on the status of the laptop computer (and the accessibility settings therein) previously provided to Cannady, and (iv) Cannady's request for two separate pairs of glasses.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: July 24, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge