```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :    ORDER
v.                                    :
                                      :    24 CR 278 (VB)
VINCENT CANNADY,                      :
                        Defendant.    :
--------------------------------------------------------x
```

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 8/5/25*

      For the reasons stated on the record today at a conference attended by the government, the defendant, and standby counsel, the Court resolved the pending motions in limine and other pre-trial motions. The clerk is instructed to terminate the motions. (Docs. ##91, 254, 263, 264, 268, 269, 272, 273, 274).

      Further, it is HEREBY ORDERED that the government shall file a letter by **August 19, 2025**, informing the Court of the status of defendant Cannady's request for prescription glasses.

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: August 5, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge