UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
v.                                  :
                                    :   24 CR 278 (VB)
VINCENT CANNADY,                    :
                    Defendant.      :
--------------------------------------------------------x

      On August 8, 2025, Kyndryl, Inc. ("Kyndryl") filed a motion to quash two subpoenas issued by defendant Cannady to two non-parties in this case: G. Edgar James and Matthew P. Clune.

      It is HEREBY ORDERED that Cannady shall file a response to Kyndryl's motion by **August 15, 2025**. The Court will not grant any extensions of that deadline.

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: August 8, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-2025