```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :    ORDER
v.                                 :
                                   :    24 CR 278 (VB)
VINCENT CANNADY,                   :
                       Defendant.  :
--------------------------------------------------------x
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/14/25

On August 13, 2025, defendant Cannady filed a motion entitled "Motion to Correct Docket Entry to Missouri Regarding Arrest Location and to Address Resulting Prejudice." (Doc. #302). He requests that the docket in this case be updated to accurately reflect his place of arrest as the United States District Court for the Western District of Missouri—not the Northern District of Texas, as was previously listed.

The docket has been corrected to reflect the correct location of Cannady's arrest as the United States District Court for the Western District of Missouri. The erroneous entry has been removed.

The Court notes that the erroneous docket entry has not been relied upon for any purpose whatsoever, including with respect to bail, detention, risk assessment, or credibility determinations, and it has neither undermined the integrity of the proceedings nor prejudiced defendant.

To the extent Cannady requests additional relief, that request is DENIED.

The Clerk is instructed to terminate the motion. (Doc. #302).

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: August 14, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge