UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :      **ORDER**
v.                                      :
                                        :      24 CR 278 (VB)
VINCENT CANNADY,                        :
                    Defendant.          :
--------------------------------------------------------------x

On August 13, 2025, defendant Cannady filed a document entitled "defendant's objection to order denying motion to suppress settlement negotiations" (Doc. #301), in which he requests that the Court reconsider its order of August 11, 2025, denying his motion to suppress "statements, documents, items, devices and work products made during settlement negotiations" between Cannady and Kyndryl, Inc. (Doc. #298). Cannady's submission is merely a re-hash of the same arguments he has made, and the Court has rejected, several times before.

Cannady's request for reconsideration is DENIED as plainly without merit.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: August 14, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/25