UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :      **ORDER**
v.                              :
                                :      24 CR 278 (VB)
VINCENT CANNADY,                :
                    Defendant.  :
--------------------------------------------------------x

On August 8, 2025, Kyndryl, Inc. ("Kyndryl"), G. Edward James, and Matthew P. Clune ("movants") moved to quash two trial subpoenas issued by defendant Cannady to two non-parties in this case, Mr. James and Mr. Clune. (Doc. #290). On August 18, 2025, Cannady filed his opposition. (Doc. #308).

The Court DEFERS ruling on the motion to quash and instead ORDERS movants' counsel to appear at the pre-trial conference on September 5, 2025, at 10:00 a.m., in courtroom 620 at the White Plains courthouse, 300 Quarropas Street, White Plains, NY. At that time, the Court will hear argument from movants and the defendant and, if necessary, expand the record, and will then resolve the motion.

Mr. James and Mr. Clune are advised that on the current record, the Court is not likely to grant the motion to quash. Therefore, they should be prepared to testify at the trial, which is scheduled to begin on September 8, 2025. Since they would be defense witnesses, they would not likely be called to testify until after the government rests, which at the earliest would be September 10, 2025. They are directed to ensure that they will be available to testify sometime on or after September 10 through September 19, 2025. If they are required to testify, the Court will direct that their witness fees and necessary travel expenses be paid in accordance with Fed. R. Crim. P. 17(b).

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: August 22, 2025
       White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge