UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCENT CANNADY,<br><br>Defendant. | ORDER<br><br>24 Cr. 278 (VB) |

Upon the application of the United States of America, by Reyhan Watson, Assistant United States Attorney, made to this Court by affirmation dated August 28, 2025, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that:

1. The Wardens of the Hudson County Correctional Center (the "Facility"), and the United States Marshals Service ("USMS"), shall allow Special Agents and Task Force Officers of the Federal Bureau of Investigation ("FBI"), and the United States Attorney's Office for the Southern District of New York (the "Agencies") to remove VINCENT CANNADY, USMS No. 22313-045 (the "Inmate"), from the Facility at which he is detained between approximately 6:00 a.m. and 10:00 p.m., and on each occasion to return him to the appropriate Facility that same day, from the date of this Order through September 19, 2025.

2. The USMS shall also be permitted to transport the Inmate to the United States Courthouse in White Plains for the purpose of reviewing discovery with the Inmate's standby counsel (or standby counsel's paralegal or other agent), even on days when the Inmate does not have a scheduled court appearance.

3. The removing Agencies' Special Agents and Task Force Officers, or the USMS if the Inmate is transported by the USMS, shall keep the Inmate in their custody on each day that he

is removed and shall be responsible for the safekeeping and welfare of the Inmate during the periods in which they have custody of him.

Dated:    White Plains, New York
              8/29/2025

_____
HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Standby counsel is directed to email a copy of this order to defendant.