UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :    **ORDER**
v.                                :
                                  :    24 CR 278 (VB)
VINCENT CANNADY,                  :
                    Defendant.    :
--------------------------------------------------------x

       On August 28, 2025, Mará Rose Williams, an editor for The Kansas City Star and a non-party in this case, moved to quash a trial subpoena served upon her by defendant Cannady. (Doc. #326). As discussed at the case management conference held on August 28, the Court ordered Cannady to submit his response, if any, to Ms. Williams's motion by **September 2, 2025**.

       Also on August 28, Mark Berman, a reporter at The Washington Post and a non-party in this case, moved to quash a trial subpoena served upon him by Cannady. (Doc. #327). Cannady is ordered to submit his response, if any, to Mr. Berman's motion by **September 2, 2025**.

       Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: August 29, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge