UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     24 CR 278 (VB)
VINCENT CANNADY,                  :
                    Defendant.    :
--------------------------------------------------------x

      1. By motion dated August 29, 2025, defendant Cannady seeks leave to designate Dr. Richard Kiper as an expert witness out of time. The government is directed to respond to this motion by September 2, 2025, as part of its response to Cannady's same application regarding Dr. Farrell. If he wishes to do so, Mr. Hochheiser may also respond to these two motions by September 2, 2025, and he may, if he deems it appropriate, submit such response ex parte and under seal.

      2. By separate letter dated August 29, 2025, Cannady seeks to "change the [take out] order to allow [him] to view the discovery at the Hudson County facility." In effect, Cannady asks the Court to rescind the take out order that the Court issued earlier today (Doc. #333) after lengthy discussion between and among the Court, Cannady, Cannady's standby counsel, and the government as to how to respond to Cannady's repeated demands that he needs additional opportunity to review discovery materials designated Attorney Possession Only ("APO"). The Court will not rescind the take out order—it remains in effect. However, Cannady can, of course, continue to review discovery at the Hudson County facility, as has been the case since the commencement of this criminal proceeding. To be clear, the Court need not change or rescind the take out order to allow Cannady to review discovery at the Hudson County facility—he may continue to do so. However, the government is directed <u>not</u> to actually utilize the take out order unless Cannady (again) changes his mind about his demand for additional access to the APO material.

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: August 29, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge