UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :     **ORDER**
v.                                    :
                                      :     24 CR 278 (VB)
VINCENT CANNADY,                      :
                    Defendant.        :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-25

       On September 3, 2025, ManpowerGroup, Inc., ("Manpower"); Roxana Cook, Manpower's in-house counsel; and Sly James, Manpower's outside counsel (collectively, the "Manpower parties"), moved to quash trial subpoenas issued to them by defendant Cannady. (Doc. #355).

       The Court will address this motion at the final pre-trial conference on September 5, 2025, at 10:00 a.m., in Courtroom 620 at the White Plains courthouse. Counsel for the Manpower parties is directed to appear at that conference and be prepared to present argument on the motion to quash. Cannady is also directed to be prepared to present argument.

       Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 4, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge