```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
United States of America,

-against-

VINCENT CANNADY,

                Defendant.

------------------------------------------------------x

**ORDER**

24 CR 278 (VB)

To:   U.S. Marshals Service Southern District of New York
       300 Quarropas Street, White Plains, New York

     Upon the application of *pro se* defendant, VINCENT CANNADY, by his Standby Counsel Daniel A. Hochheiser, and upon all proceedings previously had herein, it is hereby:

     **ORDERED** that defendant, VINCENT CANNADY, USMS# 22313-045, be permitted to receive non-prison clothing at the U.S. Marshals office, SDNY White Plains, for trial, scheduled to begin on September 8, 2025. He is permitted to have the following clothing to wear in court during the trial:

1 Jacket
2 button down shirts
1 pair pants
1 belt
1 pair shoes
2 pair of socks
2 neckties

Dated: White Plains, New York
       September 5, 2025

SO ORDERED

_____
VINCENT L. BRICETTI,
District Judge, United States District Court
Southern District of New York