UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
United States of America,

-against-

VINCENT CANNADY,

                Defendant.

24 CR 278 (VB)

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-25

ORDER

To:    Hudson County Correctional Facility
        30-35 S. Hackensack Avenue
        Kearny, New Jersey

       Upon the application of *pro se* defendant, VINCENT CANNADY (#372209), by his Standby Counsel Daniel A. Hochheiser, and upon all proceedings previously had herein, it is hereby:

       **ORDERED** that the Hudson County Correctional Facility will permit Vincent Cannady to have one razor to shave his face each morning at 5:45 a.m. or earlier beginning September 9, 2025 until completion of his trial to ensure Mr. Cannady comes to trial each morning clean shaven if he wishes to do so. This order is only effective provided it can be implemented without violating the Facility's security protocols.

Dated: White Plains, New York
        September 8, 2025

SO ORDERED

*[signature]*

VINCENT L. BRICCETTI,
District Judge, United States District Court
Southern District of New York