```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :       ORDER
        v.                            :
                                      :       24 CR 278 (VB)
VINCENT CANNADY,                      :
                        Defendant.    :
--------------------------------------------------------x
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 9/8/25

    For the reasons stated on the record at the final pre-trial conference on September 5, 2025, it is HEREBY ORDERED:

    Defendant Cannady's motion to dismiss for improper venue is DENIED without prejudice to renewal pursuant to Fed. R. Crim. P. 29 at trial. (Doc. #363).

    Cannady's motion objecting to excessive travel during trial is DENIED. (Doc. #364).

    Cannady's motion to remove standby counsel Daniel A. Hochheiser, Esq., is DENIED. (Doc. #369).

    The motion to quash testimonial subpoenas issued to G. Edgar James and Matthew P. Clune are DENIED. (Doc. #290).

    Cannady WITHDREW his testimonial subpoena issued to Roxana Cook. (Doc. #355). The motion to quash the testimonial subpoena issued to Sly James is DENIED. (Doc. #355).

    The Clerk is ordered to terminate Docs. ##290, 355, 363, 364, and 369 from the docket.

    Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 8, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge