```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :    ORDER
v.                               :
                                 :    24 CR 278 (VB)
VINCENT CANNADY,                 :
                  Defendant.     :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/25

For the reasons stated on the record at trial on September 9, 2025, it is HEREBY ORDERED:

By **September 9, 2025**, defendant Cannady must file a response, if any, to the motion to quash filed by non-party Kyndryl, Inc. (Doc. #368).

Before the commencement of trial on **September 10, 2025**, Cannady must file responses, if any, to the motions to quash filed by non-parties Troy Coody and Barbara Farrell. (Docs. ##367, 372).

The Court will hear argument on the motions to quash on September 10, 2025, at 12:30 p.m. Counsel for the non-parties shall be prepared to provide oral argument at that time.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 9, 2025
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge