UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

v.

VINCENT CANNADY,
                              Defendant.
------------------------------------------------------x

ORDER

24 CR 278 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2025

       For the reasons stated on the record at trial on September 9, 2025, it is HEREBY ORDERED:

       By **September 10, 2025**, defendant Cannady must submit for filing: (i) the subpoenas he served on Microsoft Corp. ("Microsoft") and CrowdStrike Holdings, Inc. ("CrowdStrike"); (ii) proof of service of those subpoenas; (iii) any correspondence between himself and Microsoft and CrowdStrike (or their representatives); and (iv) proof of service to Microsoft and CrowdStrike of his motion to compel.

       Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 9, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge