```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
United States of America,

-against-

VINCENT CANNADY,

                Defendant.               24 CR 278 (VB)

-----------------------------------------------------x

To:    U.S. Department of Justice
       U.S. Marshals Service
       Southern District of New York
       And
       Hudson County Correctional Facility, Kearny, New Jersey

       Upon the application of *pro se* defendant, VINCENT CANNADY, by his Standby Counsel Daniel A. Hochheiser, and upon all proceedings previously had herein, it is hereby:

(serial no. NAEB1TLQ)

       **ORDERED** that the United States Marshals Service and Hudson County Correctional Facility will permit Vincent Cannady to take one Seagate external harddrive containing Cannady's defense materials from the Hudson Jail to the Courthouse at 300 Quarropas Street, White Plains, NY and back to the Hudson Jail for each day of trial until the trial is completed.

Dated: White Plains, New York
       September ___, 2025

                                            SO ORDERED

                                            VINCENT L. BRICCETTI,
                                            District Judge, United States District Court
                                            Southern District of New York