UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     24 CR 278 (VB)
VINCENT CANNADY,                  :
                    Defendant.    :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025

      By motion filed September 9, 2025, defendant Cannady, proceeding pro se, moved to compel production from Microsoft Corp. ("Microsoft") and CrowdStrike Inc. ("CrowdStrike") with regard to trial subpoenas issued by Cannady to those two entities. (Doc. #383). The Court has been provided with copies of the subpoenas.

      As to CrowdStrike, the Court has been provided with email correspondence between Robert W. Allen, Esq., of Kirkland & Ellis LLP, and standby counsel, Daniel A. Hochheiser, Esq., dated August 19, 2025, in which Mr. Allen states that CrowdStrike does not believe it is required to respond to the subpoena.

      Mr. Allen is incorrect. CrowdStrike is obligated to respond to the subpoena. Pursuant to Fed. R. Crim. P. 17(c)(2), if CrowdStrike chooses not to produce the requested documents, CrowdStrike's only option is to move to quash or modify the subpoena. Accordingly, by **September 11, 2025**, CrowdStrike shall either (i) file a motion to quash or modify the subpoena or (ii) produce the requested documents.

      As to Microsoft, the Court has been provided with a copy of a document, dated September 5, 2025, entitled "Microsoft Corporation's Objections to Subpoena to Testify at a Hearing or Trial in a Criminal Case," purportedly submitted pursuant to Rule 17. The "objections" were never filed with the Court but merely sent to Cannady through standby counsel. Pursuant to Rule 17(c)(2), if a subpoenaed witness, in this case Microsoft, chooses not to produce the requested documents, its only remedy is to move to quash or modify. Accordingly, by **September 11, 2025**, Microsoft shall either (i) file a motion to quash or modify the subpoena or (ii) produce the requested documents.

      The attorneys for CrowdStrike and Microsoft are reminded that the Court has the authority to hold their clients in contempt if, without adequate excuse, they disobey the subpoenas. See Fed. R. Crim. P. 17(g).

1

    Chambers will email a copy of this Order to Mr. Allen at bob.allen@kirkland.com and to Microsoft's counsel, James Howard, Esq., and Charlotte S. Wasserstein, Esq., at jimhoward@dwt.com and Charlotte S. Wasserstein, Esq., at charlottewasserstein@dwt.com.

    Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 10, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge