USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                                                      :     ORDER
v.                                                                   :
                                                                      :     24 CR 278 (VB)
VINCENT CANNADY,                           :
                                   Defendant.    :
-----------------------------------------------------------x

       For the reasons stated on the record at trial on September 10, September 11, and September 12, 2025, it is HEREBY ORDERED:

       Troy Coody's motion to quash the subpoena served on him by defendant Cannady is GRANTED. (Doc. #367).

       Kyndryl, Inc.'s ("Kyndryl") motion to quash the subpoena served on it by Cannady is GRANTED to the extent Cannady requested documents beyond those already produced by Kyndryl. (Doc. #368).

       Barbara Farrell's motion to quash the subpoena served on her by Cannady is DENIED as moot because Cannady stated he did not intend to call her as a witness. (Doc. #372).

       Cannady's motion to compel production from Microsoft Corp. ("Microsoft") is DENIED. (Docs. ##383, 391). Microsoft's motion to quash the subpoena served on it by Cannady is GRANTED. (Doc. #397).

       Cannady's motion to compel production from CrowdStrike, Inc. ("CrowdStrike") is DENIED as moot because Cannady stated he accepted the limited production provided by CrowdStrike. (Doc. #391).

       The Clerk is instructed to terminate Docs. ##367, 368, 372, 383, 391, and 397 from the docket.

       Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 15, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge