UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :    **ORDER**
v.                                :
                                  :    24 CR 278 (VB)
VINCENT CANNADY,                  :
                    Defendant.    :
------------------------------------------------------x

     Defendant Cannady has moved for a judgment of acquittal pursuant to Fed. R. Crim. P. 29(c) and for a new trial pursuant to Fed. R. Crim. P. 33. (Docs. ##403, 405).

     By **October 1, 2025**, the government shall file a response to both motions.

     By **October 8, 2025**, Cannady shall file a reply, if any.

     Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 18, 2025
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge