

MEMORANDUM ENDORSEMENT

United States v. Vincent Cannady
24 CR 278 (VB)

    For the reasons set forth on the record on September 16, 2025, the Court revoked the bail conditions previously set for defendant Cannady and detained Cannady pending sentencing, pursuant to 18 U.S.C. § 3143(a).

    Cannady has now submitted the attached notice of appeal regarding this ruling.

    The Clerk is directed to file the notice of appeal on the docket.

    Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 18, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

United States v.

Vincent Cannady

Docket No.: 7:24-cr-00278

Judge Bricetti

(District Court Judge)

Notice is hereby given that Vincent Cannady appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other | Bond Revoked, Bail Denied

(specify)

entered in this action on September 16th 2025.

(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea | | trial | | N/A |✓|.

Offense occurred after November 1, 1987? Yes |___| No |___| N/A |✓|

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |___| Not committed | | N/A |✓|

Appellant is represented by counsel? Yes | No |✓| If yes, provide the following information:

Defendant's Counsel:   Vincent N. Cannady Pro Se
Counsel's Address:     17472 S 2950 Road
                       El Dorado Springs
Counsel's Phone:       202-253-2300

Assistant U.S. Attorney: _____
AUSA's Address:         _____
                        _____
AUSA's Phone:           _____

_____
Signature