UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :   **ORDER**
v.                                 :
                                   :   24 CR 278 (VB)
VINCENT CANNADY,                   :
                       Defendant.  :
------------------------------------------------------x

On September 18, 2025, the Court directed the government to file a response by October 1, 2025, to defendant Cannady's motions made pursuant to Fed. R. Crim. P. 29(c) and Fed. R. Crim. P. 33. (Doc. #406). Since that date, Cannady has made three additional Rule 33 motions. (Docs. ##410, 412, 414).

The government's response due on October 1 shall address all post-trial motions made by Cannady prior to that date.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 22, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-2025