USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :    **ORDER**
v.                                :
                                  :    24 CR 278 (VB)
VINCENT CANNADY,                  :
                     Defendant.   :
-----------------------------------------------------x

By letter dated September 25, 2025, non-party Kyndryl, Inc., requests that the Court seal government trial exhibits 801 and 805, which Kyndryl describes as "highly sensitive cybersecurity documents." (Doc. #423).

By October 3, 2025, the government and defendant Cannady shall each respond to Kyndryl's request. In its response, the government is directed to clarify whether these exhibits are "Attorney's Possession Only" materials as defined in the Amended Protective Order dated September 27, 2024. (Doc. #55).

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: September 29, 2025
       White Plains, NY

                    SO ORDERED:

                    _____
                    Vincent L. Briccetti
                    United States District Judge