UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA       :
                               :     **ORDER**
v.                             :
                               :     24 CR 278 (VB)
VINCENT CANNADY,               :
                  Defendant.   :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/25

By motion filed on October 1, 2025 (Doc. #436), defendant Cannady seeks the return of his property seized or otherwise obtained by the government, and the preservation of all materials in the government's possession obtained in connection with this case. Cannady cites Fed. R. Crim. P. 41(g) as the basis for his motion.

For substantially the reasons set forth in the government's letter dated October 6, 2025 (Doc. #446), the motion is DENIED.

First, there is no basis in the voluminous record of this case to believe that the government improperly seized or obtained Cannady's property. Second, the government's need for the property has not ended, because the criminal proceedings are still pending—Cannady has not been sentenced, judgment has not been entered, Cannady's likely appeal has not been filed let alone decided, and there is the possibility of other post-conviction and post-appeal litigation. Until the proceedings are completed, the government clearly has a need for the subject materials. Third, to the extent Cannady is seeking to use Rule 41(g) as a discovery device to obtain property beyond that which was seized by the government, that effort is inappropriate. Cannady received Rule 16 discovery and Section 3500 material during the course of the case, and Rule 41(g) does not entitle him to receive it again. Indeed, Cannady seeks to obtain copies of his own medical records, apparently to assist with his pending or future claims in civil litigation. Rule 41(g) cannot be used for that purpose.

Finally, Cannady's motion for an order requiring the government to preserve all seized materials and related metadata pending post-trial motions and appellate review is denied because (i) as noted above, the government's need for these materials has not ended, and will continue until the criminal proceedings are completed; and (ii) the government represents that it fully intends to comply with applicable Department of Justice policies and procedures regarding the handling and preservation of materials obtained in this case.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: October 8, 2025               SO ORDERED:
       White Plains, NY

                                     _____
                                     Vincent L. Briccetti
                                     United States District Judge