USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :       **ORDER**
v.                              :
                                :       24 CR 278 (VB)
VINCENT CANNADY,                :
                  Defendant.    :
--------------------------------------------------------------x

      On October 14, 2025, defendant Cannady submitted for filing an application entitled "Defendant's Motion for Reconsideration of Rule 29(c) Denial and for Judgment of Acquittal For Lack of Venue Under Federal Law." (Doc. #454). Cannady argues the Court should reconsider its Opinion and Order denying his Rule 29(c) motions for lack of venue. He asserts the Court's Opinion and Order conflicted with both a prior Court decision and Second Circuit precedent.

      For the following reasons, the application is DENIED.

      Cannady presents no reason to reconsider the Court's Order because he identifies no "controlling decisions or data that the [C]ourt overlooked." Clark v. Santander Bank, N.A., 122 F.4th 56, 60 (2d Cir. 2024). Cannady claims a prior decision made by this Court in a different case is controlling, but he is mistaken. This Court's prior decisions in different cases do not control in this case. Moreover, this Court's prior decision is wholly inapposite, as are the Second Circuit cases cited by Cannady.

      Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: October 14, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge