```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :   ORDER
     v.                             :
                                    :   24 CR 278 (VB)
VINCENT CANNADY,                    :
                      Defendant.    :
--------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/25

On November 13, 2025, defendant Cannady filed a document entitled, "Defendant's Rule 32(f) Written Objections to the Presentence Investigation Report" ("Objections"). (Doc. #462).

Pursuant to Fed. R. Crim. P. 32(f)(3), the Court will refer the Objections to the probation officer who "may then investigate further and revise the presentence report as appropriate." Thereafter, pursuant to Rule 32(g), the probation officer will submit to the Court and the parties a **revised** presentence report, which will include an addendum containing any unresolved objections.

After the probation officer submits the revised presentence report, if defendant wishes to object to the revised presentence report, he may then submit such objections to the Court. Any such objections must refer specifically to the paragraph numbers of the revised presentence report to which the objection is made. In accordance with Rule 32(i)(3), the Court will, if appropriate, resolve objections to the revised presentence report at sentencing. To be clear, the Court will not at this time resolve the matters raised in the Objections defendant filed today.

Defendant's sentencing submission, which shall include any and all objections to the revised presentence report, remains due **December 4, 2025**. Defendant shall file a <u>single</u> sentencing submission on or before December 4, 2025, which will include his objections, if any, to the revised presentence report; he shall not file multiple sentencing submissions.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: November 13, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge