```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :      **ORDER**
v.                                 :
                                   :      24 CR 278 (VB)
VINCENT CANNADY,                   :
                   Defendant.      :
--------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025

By letter dated November 8, 2025, defendant Cannady states he has been unable to obtain a prescription for Vitaril (an anti-anxiety drug) at MDC-Brooklyn. Cannady claims he was previously prescribed Vistaril at the Hudson County Correctional facility. Cannady requests that the Court order MDC-Brooklyn to provide him with the same medications he was receiving at Hudson. (Doc. #461).

At the Court's direction, the U.S. Marshals Service made inquiries to MDC's Health Services department. Health Services has advised the Marshals Service that Vistaril is a non-formulary drug at MDC, which is why it could not be prescribed. However, the Marshals Service has also been advised that as of November 14, 2025, Cannady is receiving an alternative formulary medication to treat his anxiety. Based on the information provided, the Court is satisfied Cannady's medical needs are being adequately addressed.

To be clear, the Court does not have the expertise or authority to order MDC to provide Cannady with any particular medication.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: November 17, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge