UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA                    :

v.                                          :

VINCENT CANNADY,                            :
                            Defendant.      :
--------------------------------------------------------x

ORDER

24 CR 278 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/25

        On November 25, 2025, defendant Cannady filed a document entitled "Defendant's Motion for a Rule 32 Hearing on the Presentence Investigation Report and Formal Objections to Guideline Calculations" ("Rule 32 Motion"). (Doc. #465). The Court has provided a copy of the Rule 32 Motion to the probation officer who is in the process of preparing the revised and final presentence report.

        Currently, Cannady's sentencing submission, which must include any and all objections to the final presentence report, is due December 4, 2025, and the government's sentencing submission is due December 11, 2025. However, the probation officer has advised the Court that the final presentence report will be disclosed to all parties and the Court on or about December 8, 2025. Therefore, in order for Cannady (and the government) to have the opportunity to review and address the final presentence report prior to sentencing, it is necessary to adjourn the deadline for the parties' sentencing submissions as well as the December 18, 2025, sentencing date.

        Accordingly, it is hereby ORDERED:

- Cannady's sentencing submission is now due on or before **December 29, 2025**. Cannady shall file a single sentencing submission, which shall include his objections, if any, to the final presentence report. Any such objections must refer specifically to the paragraph numbers of the final presentence report to which the objections are made.
- The government's sentencing submission is now due **January 9, 2026**.
- Sentencing is adjourned to **January 23, 2026, at 10:00 a.m.**

In addition, the Rule 32 Motion is denied without prejudice as premature.

The Clerk is directed to terminate the pending motion. (Doc. #465).

Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated: November 26, 2025
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge