USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,              :

    -v-                                              :          [~~PROPOSED~~] ORDER

VINCENT CANNADY,                          :          24 Cr. 278 (VB)

        Defendant.                      :

-------------------------------------------------------------X

WHEREAS defendant Vincent Cannady has exercised his right to represent himself and thus is conducting his own defense;

WHEREAS the Court appointed standby counsel under the Criminal Justice Act ("CJA") for the purpose of assisting defendant to the extent authorized by law and to the extent requested by defendant;

WHEREAS the Court previously authorized standby counsel to procure a laptop using CJA funds (*see* Dkt. 83), which laptop Cannady obtained and used at trial, following which the laptop was returned to the Administrative Office of the U.S. Courts;

WHEREAS the defendant has again requested a laptop for his use while in the custody of the U.S. Marshals Service ("USMS") to assist him in preparing for his sentencing, which is currently scheduled for January 23, 2026; and

WHEREAS it is necessary that the defendant have meaningful access to materials in preparation for his sentencing, including access to discovery produced by the Government in this case, trial transcripts, trial exhibits, and the final pre-sentence report (the "Materials");

1

It is hereby ORDERED:

1.    Standby counsel, is authorized to procure with CJA funds, a laptop computer[1] and any subsequent external hard drives that may be required to provide the defendant with access to the Materials (collectively, the "Electronic Devices") for purposes of the defendant's preparation for sentencing.  Standby counsel shall provide the Electronic Devices to Data Mill, Inc., their staff shall review the Electronic Devices and confirm that the wireless and printing capabilities are disabled in a manner acceptable to the Metropolitan Detention Center—Brooklyn ("MDC"). Data Mill shall load onto the Electronic Devices such software as the defendant will need to review and make notes on the Materials.  Data Mill shall set a password protected administrative account on the Electronic Device that is separate from the defendant's password protected user account to prevent any user from making changes to the Electronic Devices.

2.    Either standby counsel or Data Mill shall provide the Electronic Devices to the Government.  Each Electronic Device will be clearly marked with the name and ID number and USMS registration number of the defendant who has been assigned to receive that particular Electronic Device.

3.    The Government shall save the Materials onto the Electronic Devices as well as on subsequent external hard drives that may be required to provide the defendant with access to the Materials. Defendant's access to the Materials shall otherwise remain governed by the Amended Protective Order, dated September 27, 2024 (Doc. #55).

4.    The government shall confirm that the Materials are reviewable on the Electronic Devices prior to sending them to MDC.

---

[1] Standby counsel shall consult the Data Mill, to determine the model of laptop computer that is acceptable to the facility where their client is housed.

5.      Within 14 days of receipt of the Electronic Devices, the Government shall send the Electronic Devices to an Officer designated by MDC to receive the Electronic Devices.  The designated Officer shall keep the Electronic Devices and charging wire in their office.

6.      The defendant can access the Electronic Devices for review on a temporary basis and at times approved by prison personnel. This review must take place in the defendant's unit or a location where to the extent possible the Defendant is not in the presence of any other inmates. Defendant should be afforded the ability to review the Materials in a manner consistent with the rules and operations of the facility in which the defendant is lodged.

7.      Defendant is strictly prohibited from printing, copying, sending, publishing, or transferring any of the Materials on the Electronic Devices. After he is finished reviewing the Materials for any given day, the defendant shall return the Electronic Devices to the designated Officer.

8.      The Defendant is strictly prohibited from printing, copying, sending, publishing, or transferring any of the Materials on the Electronic Devices. It is the intent of this Order that only the defendant assigned to a particular Electronic Device (and his standby counsel and any other members of his legal defense team, including investigators, paralegals, and support staff, as needed to confer with the defendant) will have access to the Materials on the Electronic Devices.

9.      This Court will revisit this Order and revoke defendant's access to the Electronic Devices if it determines that he has violated the terms of this Order.

10.      MDC or any other facility to which the USMS designates defendant shall permit, the defendant to bring to the courthouse the Electronic Devices, legal documents, law books, and any other legal materials that the defendant reasonably requires to reference in court.

3

11.     No later than the conclusion of the proceedings against the defendant in the district court, whether through dismissal of the charges against the defendant or the sentencing of the defendant, the institution in which the defendant is lodged shall return the Electronic Devices to his counsel, who will promptly provide it to Data Mill as the custodian for the Administrative Office of the U.S. Courts if it was purchased with CJA funds.

12.     Standby counsel is directed to provide a copy of this Order to defendant by email.

Dated:      White Plains, New York
            December 22, 2025

SO ORDERED

_____
HON. VINCENT L. BRICCETTI
United States District Judge

*Standby counsel shall also mail a copy of this Order to Cannady at MDC-Brooklyn.*

4