Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                  :

     v.                                                        :

VINCENT CANNADY,                              :
                        Defendant.    :
------------------------------------------------------------x

**ORDER**

24 CR 278 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-26

On January 7, 2026, the Court received a submission from defendant Cannady, dated January 4, 2026, entitled "Defendant's Formal Objections to the Court's December 22, 2025, Order" (the "Jan. 4 Objections"). (Doc. #493). On January 8, 2026, the Court issued an Order addressing the Jan. 4 Objections and denying the requests for relief made therein. (Doc. #494).

Today, the Court received a submission from Cannady entitled "Motion for Reasonable Accommodations and to Ensure Meaningful Access to the Courts," dated January 8, 2026. (Doc. #495). This motion restates in a different format the same complaints and requests contained in the Jan. 4 Objections. For the same reasons set forth in the Court's January 8 Order, Cannady's most recent motion is DENIED.

The Clerk is directed to terminate the motion. (Doc. #495).

Standby counsel is directed to provide a copy of this Order to defendant by email.

At Cannady's request, Chambers will also mail a copy of this Order to Cannady at the following address:

Vincent Cannady, Reg. No. 22313-045
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

Dated:  January 9, 2026
        White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge