Copies Mail/Faxed 1-15-26
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-26
```

------------------------------------------------------x

UNITED STATES OF AMERICA     :

v.     :

VINCENT CANNADY,     :

             Defendant.     :

------------------------------------------------------x

      **ORDER**

      24 CR 278 (VB)

On January 13, 2026, the Court received "Defendant's Motion to Vacate and Dismiss the Charge" (Doc. #498), as well as an accompanying "Memorandum of Law in Support of Defendant's Motion to Vacate and Dismiss the Charge" (Doc. #499).

Defendant Cannady asks the Court to dismiss the case against him for several reasons, most of which have already been litigated and resolved, and all of which are patently frivolous. Specifically, the Court does not lack subject matter jurisdiction, the indictment is not legally defective, there has been no unnecessary delay or violation of Cannady's speedy trial rights, the prosecution has not violated Cannady's due process rights, and the evidence of guilt was overwhelming. Accordingly, the motion is DENIED.

The Clerk is directed to terminate the motion. (Doc. #498).

Standby counsel is directed to provide a copy of this Order to defendant by email.

At Cannady's request, Chambers will also mail a copy of this Order to Cannady at the following address:

Vincent Cannady, Reg. No. 22313-045
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

Dated: January 15, 2026
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge