Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :

v.                                :          **ORDER**

                                  :          24 CR 278 (VB)

VINCENT CANNADY,                  :
                    Defendant.    :
-------------------------------------------------------x

Judgment was entered in this case on January 28, 2026. (Doc. #509).

Standby counsel is directed to provide a copy of the Judgment, as well as a copy of this Order to defendant by email.

At Cannady's request, Chambers will also mail a copy of both the Judgment and this Order to Cannady at the following address:

Vincent Cannady, Reg. No. 22313-045
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

Dated: January 28, 2026          SO ORDERED:
       White Plains, NY

                                 _____
                                 Vincent L. Briccetti
                                 United States District Judge