Copies Mailed/Faxed 2/13/26
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA                    :

v.                                          :

VINCENT CANNADY,                            :
                          Defendant.        :
------------------------------------------------------x

**ORDER**

24 CR 278 (VB)

At sentencing in this case, and as set forth in the Judgment dated January 27, 2026 (Doc. #509), the Court ordered defendant Cannady to make restitution to Kyndryl by returning or destroying all of the files and property of Kyndryl that he took from Kyndryl, no matter where those files and property are located, and that he do so through a verifiable process under the supervision of the United States Attorney's Office, the Federal Bureau of Investigation, and, if needed, Kyndryl. By letter dated February 13, 2026 (Doc. #523), the government proposed a process by which defendant Cannady would comply with this order.

By no later than <u>February 20, 2026</u>, Cannady shall submit his response, if any, to the government's letter.

In addition, by no later than <u>February 17, 2026</u>, the government shall submit a proposed order to the Court setting forth the process outlined in the February 13 letter, and serve a copy of that proposed order on Cannady.

Standby counsel is requested to provide a copy of this Order to defendant by email.

Chambers will also mail a copy of this Order to Cannady at the following address:

Vincent Cannady, Reg. No. 22313-045
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

Dated: February 13, 2026
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge