UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                      :
                                                             :     **ORDER**
v.                                                           :
                                                             :     24 CR 278 (VB)
VINCENT CANNADY,                              :
                              Defendant.     :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-16-26

Copies Mailed/Faxed    3-16-26
Chambers of Vincent L. Briccetti

On February 27, 2026, the Court entered two orders regarding the verifiable process for defendant Cannady's compliance with the restitution order contained in the Judgment entered on January 28, 2026. (Docs. ##538, 539). On March 16, 2026, Cannady submitted an objection to those orders and also a motion for reconsideration of those orders. (Doc. #543). By **March 19, 2026,** the government shall file a response to Cannady's submission.

All deadlines set forth in the Verifiable Process Order (Doc. #538) remain in effect. The conference scheduled for March 23, 2026, at 9:30 a.m., shall proceed as scheduled.

Standby counsel is directed to provide a copy of this Order to defendant by email.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: March 16, 2026
        White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge