Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA          :

v.                                :          **ORDER**

                                  :          24 CR 278 (VB)

VINCENT CANNADY,                  :
                        Defendant. :
---------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/20/26

        On February 27, 2026, the Court entered two orders regarding the verifiable process for defendant Cannady's compliance with the restitution order contained in the Judgment entered on January 28, 2026. (Docs. ##538, 539). On March 16, 2026, Cannady submitted an objection to those orders and a motion for reconsideration of those orders. (Doc. #543). On March 20, 2026, Cannady filed an additional submission entitled "Letter Objection to Judge Briccetti." (Doc. #546).

        Cannady's motion for reconsideration is DENIED as plainly without merit for the reasons set forth in the government's letter opposing Cannady's motion. (Doc. #545). The other matters raised in Cannady's submissions and the government's letter will be addressed at the conference scheduled for **March 23, 2026, at 9:30 a.m.**

        Standby counsel is requested to provide a copy of this Order to defendant by email.

        Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated:  March 20, 2026
        White Plains, NY

                        SO ORDERED:

                        _____
                        Vincent L. Briccetti
                        United States District Judge

1