UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA    :

                                **ORDER**

v.    :

                               24 CR 278 (VB)

VINCENT CANNADY,    :
            Defendant.   :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3\23\26

Copie ( ) Faxed 3/23/26
Chambers of Vincent L. Briccetti

       For the reasons stated on the record at today's conference, defendant Cannady's "Motion to Remove APO Designation, Prevent Destruction of Files, and Protect Evidence" (Doc. #549), is DENIED.

       Standby counsel is requested to provide a copy of this Order to defendant by email.

       Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: March 23, 2026
      White Plains, NY

                             SO ORDERED:

                             _____
                             Vincent L. Briccetti
                             United States District Judge

1