UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA      :

v.      :

VINCENT CANNADY,      :
           Defendant.   :
---------------------------------------------------------x

**ORDER**

24 CR 278 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3\30\26

Copies Mailed/Faxed   3\30\26
Chambers of Vincent L. Briccetti

The Court conducted an on-the-record conference today attended by defendant Cannady, standby counsel, and counsel for the government. At that conference, the following matters were discussed:

1.     The Court addressed the matters raised in Cannady's recent submissions entitled "Defendant's Letter Objection to Order and Proceedings Dated March 23, 2026" (Doc. #551), and "Defendant's Motion for Injunctive Relief and Stay of Court Order" (Doc. #553). For the reasons stated on the record, all objections were overruled, and the motions were DENIED. The Clerk is instructed to terminate the open motion. (Doc. #553).

2.     For the reasons stated on the record, the Court found Cannady in civil contempt of the Verifiable Process Order (Doc. #538) and will impose a sanction of civil confinement until Cannady purges the contempt. Specifically, Cannady is in contempt of numbered paragraphs 1, 7, and 11 of the Verifiable Process Order. By **April 1, 2026**, the government shall submit a proposed order with respect to the finding of civil contempt and the civil confinement sanction to be imposed. To the extent Cannady wishes to respond to the government's proposed order, he shall do so by **April 8, 2026**. The Court advised Cannady that it will consider only one response to the government's proposed order.

3.     In the event Cannady has not purged the contempt by May 19, 2026, the Court will conduct a conference on **May 19, 2026, at 10:00 a.m.**, to be held in Courtroom 620 at the

1

White Plains courthouse.  At this conference, the Court will address the status of the ongoing civil contempt sanction against Cannady, and whether that sanction continues to have a realistic possibility of coercing Cannady's compliance.  The parties remain at liberty to request an earlier conference date.

4.      In light of the ongoing litigation in this case, and to facilitate Cannady's ability to purge the contempt and/or the need for Cannady to appear at future court conferences, the Court respectfully requests the U.S. Marshals Service and the U.S. Bureau of Prisons to keep Cannady confined at a federal or contract facility within two hours of the White Plains federal courthouse, until further notice of the Court.

Standby counsel is requested to provide a copy of this Order to defendant by email.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: March 30, 2026
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2