UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA       :

                                   :       **ORDER**

v.                              :

                                   :       24 CR 278 (VB)

VINCENT CANNADY,          :

                    Defendant.   :
------------------------------------------------------------x

On April 14, 2026, defendant Cannady's standby counsel, Daniel A. Hochheiser, Esq., filed a letter motion seeking to be relieved as standby counsel. (Doc. #562). By **April 23, 2026,** Cannady shall file a response to standby counsel's motion to be relieved.

Standby counsel is requested to provide a copy of this Order to defendant by email.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: April 16, 2026
       White Plains, NY

                                   SO ORDERED:

                                   _____
                                   Vincent L. Briccetti
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-26

Copies Mailed/Faxed 4-16-26
Chambers of Vincent L. Briccetti