UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA :
    :  **ORDER**
v.    :
    :  24 CR 278 (VB)
VINCENT CANNADY,  :
    Defendant. :
------------------------------------------------------x

   On April 20, 2026, the Court received defendant Cannady's "Objection to alterations in transcripts and request as ADA Accommodation." (Doc. #567).[1] In his April 20 submission, Cannady alleges substantial alterations were made to court transcripts, and he requests that the Court provide him with audio recordings of all hearings in this case. Cannady, however, does not identify any particular transcript or transcripts that were allegedly altered, nor does he specify what the alleged alterations are. In any event, the Court has not made any alterations to any transcripts in this case.

   Accordingly, Cannady's request for audio recordings of all hearings in this case is DENIED.

   Standby counsel is requested to provide a copy of this Order to defendant by email.

   Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: April 21, 2026
   White Plains, NY

        SO ORDERED:

        Vincent L. Briccetti
        United States District Judge

---

[1] This submission is substantially the same as a prior submission dated April 6, 2026. (Doc. #561 at 2).