Copies Mailed/Faxed 4/30/26
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA                       :
                                               :      **ORDER**
v.                                             :
                                               :      24 CR 278 (VB)
VINCENT CANNADY,                               :
                          Defendant.           :
-----------------------------------------------------x

For the reasons set forth in the government's letter of April 29, 2026, (Doc. #576), the Court will unseal defendant Cannady's submission entitled "Objection to Government's Perjury About Splunk Report," as well as the Court's corresponding memorandum endorsement. To the extent Cannady's submission requested any relief, those requests are DENIED.

The Clerk is directed to unseal Cannady's submission and the Court's corresponding memorandum endorsement. (Doc. #577).

Standby counsel is requested to provide a copy of this Order to defendant by email.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: April 30, 2026
       White Plains, NY

                         SO ORDERED:

                         _____
                         Vincent L. Briccetti
                         United States District Judge

1