*5\1\26*

Copies Mailed Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA        :

                              :        **ORDER**

v.        :

                              :        24 CR 278 (VB)

VINCENT CANNADY,        :
                Defendant.        :
----------------------------------------------------------x

On April 30, 2026, defendant Cannady's standby counsel, Daniel A. Hochheiser, Esq., filed a second letter motion seeking to be relieved as standby counsel. (Doc. #579).

The basis for the motion is Cannady's continued barrage of baseless accusations against Mr. Hochheiser, which, in addition to the facts detailed in Mr. Hochheiser's first motion, present a sufficient basis upon which the Court could relieve Mr. Hochheiser.

However, the Court adheres to its previous ruling that Mr. Hochheiser's withdrawal at this late stage of the case would disrupt the proceedings. Given his intimate knowledge of the case, Mr. Hochheiser plays an important (albeit limited) role in facilitating Cannady's easy compliance with his restitution obligation. Also, Mr. Hochheiser's continued presence in the case remains helpful to the Court even if Cannady does not seek or otherwise ignores Mr. Hochheiser's assistance.

Thus, although Mr. Hochheiser has again provided a satisfactory reason for his withdrawal, the posture of the case requires that his second motion to be relieved as standby counsel be DENIED WITHOUT PREJUDICE. If Mr. Hochheiser wishes to again renew this motion, he may do so at the next conference in this case, currently scheduled for May 19, 2026.

The Court remains sympathetic to Mr. Hochheiser's position. Cannady's absurd accusations against Mr. Hochheiser are outrageous and unacceptable.

Standby counsel is respectfully requested to email a copy of this order to Cannady.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

The Clerk is instructed to terminate the letter-motion. (Doc. #579).

Dated: May 1, 2026        SO ORDERED
      White Plains, NY

                                     Vincent L. Briccetti
                                     United States District Judge