Copies Mailed/Faxed 5/19/26
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA                    :

v.                                          :        **ORDER**

                                            :        24 CR 278 (VB)

VINCENT CANNADY,                            :
                              Defendant.    :
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/26

       Consistent with its obligation to make a conscientious effort to carefully and regularly assess whether defendant Cannady's civil confinement sanction pursuant to the Court's April 14, 2026, order of civil contempt (Doc. #563) continues to be reasonably likely to compel his compliance with the Verifiable Process Order ("VPO") (Doc. #538), the Court conducted a conference today at which the defendant, his standby counsel Mr. Hochheiser and technical assistant Mr. Damo, and the government were in attendance. For the reasons set forth on the record at the conference, the Court exercises its discretion to continue the civil confinement sanction for Cannady's contempt. Based on the defendant's prior submissions and statements in court, and also his statements in court today, the Court finds that the civil confinement sanction remains reasonably likely to compel defendant's compliance with the VPO.

       In the event Cannady continues to fail to comply with the VPO, and pursuant to the Court's continued conscientious effort to ensure that there remains a realistic possibility that continued confinement will cause Cannady to comply with the VPO, the Court will conduct a further conference on **July 13, 2026, at 10:00 a.m.**, at which all parties, including standby counsel and Mr. Damo are required to appear. If at any time before that date Cannady changes his mind and decides to comply, he should so advise the Court and the government, and the Court will, as promptly as possible, convene another conference to give Cannady another opportunity to comply.

       Standby counsel is respectfully requested to email a copy of this order to Cannady.

       Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: May 19, 2026                         SO ORDERED
      White Plains, NY

                                    Vincent L. Briccetti
                                    United States District Judge