UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA      :

             :    **ORDER**

v.             :

             :    24 CR 278 (VB)

VINCENT CANNADY,      :

          Defendant.   :
------------------------------------------------------x

On June 1, 2026, defendant Cannady filed a document entitled "Objection to Order No. 591 Continuing Civil Confinement Sanction." (Doc. #595). To the extent this submission seeks any relief, the requested relief is DENIED.

For all the reasons previously stated on the record and set forth in the Court's multiple prior orders, Cannady clearly retains the present ability to comply with his restitution obligation, and in particular the Verifiable Process Order (Doc. #538), without surrendering any of his constitutional protections, and his continued civil confinement remains reasonably likely to compel his compliance therewith.

Moreover, Cannady's assertions regarding the Court's alleged lack of impartiality are rejected as frivolous for the same reasons the Court has previously rejected such assertions. Likewise, Cannady's assertion that his meaningful participation in these proceedings has been impaired or otherwise interfered with is rejected as frivolous for the same reasons the Court has previously rejected such assertions.

If, at any time before the next conference in this case scheduled for July 13, 2026, Cannady decides to comply, he should so advise the Court and the government, and the Court will, as promptly as possible, convene another conference and give Cannady another opportunity to comply.

Standby counsel is respectfully requested to email a copy of this order to Cannady.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: June 1, 2026          SO ORDERED
       White Plains, NY

_____
Vincent L. Briccetti
United States District Judge