Cop[ies Mailed/Faxed]
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

UNITED STATES OF AMERICA        :

                                                 :        **ORDER**

v.                                              :

                                               :        24 CR 278 (VB)

VINCENT CANNADY,            :

                     Defendant.   :

--------------------------------------------------------x

On June 24, 2026, defendant Cannady submitted a document entitled "Emergency Notice to the Court Regarding Defendant's Medical Condition, Denial of Access to the Courts, and Immediate Threat to His Health and Safety." (Doc. #600).

The government is directed to look into the matters raised therein, and to submit a response by July 1, 2026. To the extent Cannady's submission requests any specific relief, that request is, at this time, DENIED.

Standby counsel is respectfully requested to email a copy of this order to Cannady.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: June 24, 2026
      White Plains, NY

                          SO ORDERED:

                          Vincent L. Briccetti
                          United States District Judge