UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA      :

                         :     **ORDER**

v.                        :

                         :     24 CR 278 (VB)

VINCENT CANNADY,         :

              Defendant.   :
-------------------------------------------------------x

      After consideration of defendant Cannady's recent submissions regarding his health concerns (Docs. ##600, 602), and the government's response to those submissions (Doc. #603), Cannady's requests for relief raised therein are DENIED.  The Court notes that, despite Cannady's persistent complaints of inadequate medical treatment for his alleged cardiac condition, it is not disputed that Cannady has refused medical treatment for that condition.

      The conference scheduled for **July 13, 2026, at 10:00 a.m.**, shall proceed as scheduled unless, prior to that date, Cannady advises the Court and the government that he is prepared to comply with the Verifiable Process Order ("VPO"), in which case the Court will, as promptly as possible, convene another conference to give Cannady the opportunity to comply.

      By **July 9, 2026,** the government shall submit a letter setting forth its position regarding whether Cannady's civil confinement continues to be reasonably likely to compel his compliance with the VPO.

      Standby counsel is respectfully requested to email a copy of this order to Cannady.

      Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: July 2, 2026
      White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge