Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
UNITED STATES OF AMERICA :
:
v. :
:
VINCENT CANNADY, :
Defendant. :
-----------------------------------------------------x

**ORDER**

24 CR 278 (VB)

On July 8, 2026, defendant Cannady submitted two documents entitled "Objection to the Court's Order Denying Relief" (Doc. #605), and "Motion for Continuance of July 13, 2026, Hearing for Treating Physician to Testify Regarding Heart Attacks" (Doc. #606). To the extent these submissions seek any relief, the requested relief is DENIED.

These submissions largely rehash arguments previously considered and rejected by the Court. The only novel requests are for (i) the issuance of a subpoena pursuant to Federal Rule of Civil Procedure 45 for the testimony of his treating physician, and (ii) an adjournment of the conference scheduled for July 13, 2026, to facilitate this physician's appearance. (Docs. ##605 at ECF 12–16; 606). Cannady claims this testimony would be helpful to the Court in evaluating his alleged health concerns. (Id.).

In an exercise of the Court's broad discretion over the procedures by which it conducts the civil contempt proceedings, Simkin v. United States, 715 F.2d 34, 38 (2d Cir. 1983), these requests are DENIED.

Standby counsel is respectfully requested to email a copy of this order to Cannady.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: July 9, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge