Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| v. | : | 24 CR 278 (VB) |
| VINCENT CANNADY, Defendant. | : | |

The Court conducted an on-the-record conference today, attended by government counsel and standby counsel. Defendant Cannady did not appear, claiming to have had a medical incident at MDC. For the reasons stated on the record, the Court adjourned the conference until July 16, 2026, at 10:00 a.m. If Cannady refuses to come to court on July 16, and if appropriate, the government may submit a proposed force order on July 16.

Standby counsel is respectfully requested to email a copy of this order to Cannady.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: July 13, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge