Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

VINCENT CANNADY,
Defendant.

**ORDER TERMINATING CIVIL CONFINEMENT SANCTION**

24 CR 278 (VB)

Consistent with its obligation to make a conscientious effort to carefully and regularly assess whether defendant Cannady's civil confinement sanction pursuant to the Court's April 14, 2026, order of civil contempt (Doc. #563) continues to be reasonably likely to compel his compliance with the Verifiable Process Order ("VPO") (Doc. #538), the Court conducted a conference today at which the defendant, his standby counsel Mr. Hochheiser and technical assistant Mr. Damo, and the government were in attendance.

For the reasons set forth on the record at the conference, the Court exercised its discretion to end the civil confinement sanction for Cannady's contempt. Based on the present record, the Court finds there is no reasonable likelihood that continued civil confinement will cause Cannady to comply with the VPO. Thus, although Cannady remains obligated to satisfy his restitution obligation as set forth in the criminal Judgment (Doc. #509) and the VPO, the Court must lift the sanction of civil confinement.

Accordingly, the sanction of civil confinement is terminated, effective immediately.

Moreover, the Bureau of Prisons shall reinstate Cannady's 37-month criminal sentence of imprisonment, effective immediately. The running of that sentence of imprisonment is no longer tolled. Cannady shall remain incarcerated on that sentence and will once again start earning credit towards the service of that sentence. However, he shall receive no credit towards the

service of that sentence for his period of civil confinement, which lasted from April 14, 2026, until today, July 16, 2026.

Further, the Court withdraws its previous request to the U.S. Marshals Service and the U.S. Bureau of Prisons, as set forth in the order dated March 30, 2026 (Doc. #556), that Cannady be confined at a federal or contract facility within two hours of the White Plains federal courthouse.

Standby counsel is respectfully requested to email a copy of this order to Cannady.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: July 16, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge