UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

UNITED STATES OF AMERICA :

v.

VINCENT CANNADY,
Defendant.

---------------------------------------------------x

**ORDER**

24 CR 278 (VB)

On July 31, 2026, defendant Cannady was arraigned on a newly-filed indictment, which charges him with criminal contempt in violation of 18 U.S.C. § 401(3). The docket number for the new indictment is 26-cr-330 (PMH).

On August 3, 2026, Cannady filed a submission entitled "Request for Court Hearing, Letter Motion to Remove the Tolling of Sentenc,e [sic] and Transfer the New Criminal Contempt Case 26-CR-330 to Judge Briccetti." (Doc. #615). In this submission, Cannady requests that case no. 26-cr-330 (PMH) be transferred from Judge Halpern to Judge Briccetti "because [Judge Briccetti] presided and is familiar with this case."

Pursuant to the Court's Rules for the Division of Business Among District Judges (the "RDB"), case no. 26-cr-330 (PMH) was randomly assigned to the Honorable Philip M. Halpern. The RDB do not provide for the transfer of a criminal case from the assigned judge to another judge at the request of the defendant. Moreover, under the RDB, criminal cases are not treated as related to each other. Accordingly, Cannady's request is DENIED.

Standby counsel is respectfully requested to email a copy of this order to Cannady.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: August 3, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge