Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER** |
| v. | : | |
| | : | 24 CR 278 (VB) |
| VINCENT CANNADY, | : | |
| Defendant. | : | |

On September 8, 2026, defendant Cannady filed a submission requesting, among other things, that the Court order the court reporter and the government to provide Cannady with materials required for him to pursue his appeals, such as transcripts, exhibits, and docket entries in this case. (Doc. #618). In that submission, Cannady asserted the government has refused to provide him with these materials, thereby frustrating his access to the courts.

By order dated September 10, 2026, the Court directed the government to respond to Cannady's assertion by September 17, 2026. (Doc. #619).[1] The government has done so. (Doc. #620).

For the reasons detailed in the government's September 17 letter, the Court finds there is no merit to Cannady's assertion that the government has refused to provide him with these materials. To the contrary, according to the government, all of the requested materials have previously been provided to Cannady. This representation by the government is consistent with the record in this case as well as the Court's independent recollection. Accordingly, Cannady's request that the Court order the court reporter and the government to provide Cannady with these materials is DENIED.

The Court notes that, as explained in the government's letter, the government recently produced every transcript in this case, as well as every post-judgment docket entry in this case, to Cannady's counsel in case number 26-cr-330 (PMH), and that counsel in that case hand-delivered those materials to Cannady at MDC-Brooklyn.

In addition, Cannady's standby counsel in this case, Mr. Hochheiser, remains available to assist Cannady in accessing the materials he requires. The Court recognizes that Mr. Hochheiser is not representing Cannady in the Second Circuit. However, to the extent there is anything else Cannady needs from the district court proceedings to prosecute his appeals, the Court expects Mr. Hochheiser to assist Cannady in that regard.

Standby counsel is respectfully requested to email a copy of this order to Cannady.

[1] All of the other requests made in Cannady's September 8 submission were denied.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: September 18, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge