UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
UNITED STATES OF AMERICA :
:
v. :
:
VINCENT CANNADY, :
Defendant. :
---------------------------------------------------------x

**ORDER**

24 CR 278 (VB)

By letter dated October 14, 2026, defendant Cannady requests that this Court issue an order directing the government to move him from MDC-Brooklyn to the Westchester County Department of Correction in Valhalla. (Doc. #624).

Cannady is currently serving a sentence of imprisonment imposed in this case. Because Cannady is a sentenced defendant, the decision as to where to house him is within the discretion of the Bureau of Prisons.

Accordingly, Cannady's request is DENIED.

Standby counsel is respectfully requested to email a copy of this order to Cannady.

Chambers will mail a copy of this order to Cannady at MDC-Brooklyn.

Dated: October 20, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge