UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA :
:
v. :
:
VINCENT CANNADY, :
Defendant. :

-----------------------------------------------------x

**ORDER**

24 CR 278 (VB)

By motion filed on November 16, 2026 (Doc. #626), defendant Cannady seeks various types of relief in the above-captioned case as well as in a separate case entitled United States v. Vincent Cannady, case no. 26-cr-330 (PMH).

To the extent Cannady seeks any relief in the above-captioned case, that request is DENIED as plainly without merit.

To the extent Cannady seeks any relief in case no. 26-cr-330 (PMH), he must address that request to Judge Halpern.

Standby counsel is respectfully requested to email a copy of this Order to Cannady.

Chambers will mail a copy of this Order to Cannady at MDC-Brooklyn.

Dated: November 17, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge